UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 23 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Thomas Marra                :           3:01CV368(AWT)(DFM)

V                           :

Remi Acosta                 :           June 15th 2004

### NOTION TO ORDER THE STATE TO DO D.N.A.
### TESTING ON EVIDENCE HELD IN THEIR POSSESSION

Now comes the petitioner Thomas Marra, pro-se and hereby moves this court to order the state to do D.N.A. testing on evidence held in their possession.

Respectfully Submitted

By

Thomas Marra#73281

C.C.I. Cheshire

900 Highland Avenue

Cheshire, Ct 06410

**ORAL ARGUMENT**

**TESTIMONY REQUIRE**

**CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed this 15th day of June 2004 by first class postage to:

    Jo Anne Sulik
    Assistant State's Attorney
    Chief State's Attorney Office
    300 Coporate Place
    Rocky Hill, Ct. 06067

By *[signature]*

Thomas Marra #73281
C.C.I. Cheshire
900 Highland Avenue
Cheshire, Ct. 06410