FILED

2004 JUN 23 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Thomas Marra | : | 3:01CV368(AWT)(DFM) |
| V | : | |
| Remi Acosta | : | June 15th 2004 |

BRIEF IN SUPPORT OF PETITIONER"S MOTION TO ORDER THE STATE TO DO

D.N.A. TESTING ON EVIDENCE HELD IN THEIR POSSESSION

STATEMENT OF FACT

Petitioner was convicted in 1990 of murder, there is no victim in said case. Petitioner filed a § 2254 attacking his conviction.

1. The state has in their possession a foot bone that they alleged belong to the victim that was found in a Sneaker washed up on the beach some two and half year later after the state alleges the victim was murdered.

2. At the time the petitioner attorney wasn't allowed the funds to do D.N.A. by the Public Defender's Office, plus other D.N.A. sample of blood was lost by the State's Attorneu Office and the petitioner Lawyer didn't have access to this.

3. During the course of the Special Task Force investigation they interview several witness one witness said that the victim wore a 10 ½ shoe/ Sneaker, another witness interview told investigators that she gave the victim a size 13 ½ dingy boots for a present. This witness statement was never given to petitioner attorney.

4. After the trial petitioner attorney learn that investigator interview a person from Long Island whose husband was missing after a plane crash in Long Island Sound and told investigator that her husband wore a size 10 ½ Sneaker that day pro-chump, which was found washed up on the beach and the state use at trial.

5. The state in this matter alleges that petitioner killed the victim and locked the victim in a refrigerator and place him in Long Island Sound, neither the refrigerator nor any body parts ever recovered except this alleged foot bone.

6. The state use the foot bone and testimony about the foot bone to convict the petitioner without doing any D.N.A. to prove the foot bone belong to the victim.

7. Petitioner believes that once D.N.A. is done on the foot bone that it will prove that this foot bone is not the victims and that petitioner was illegally convicted in this case. D.N.A. will clear the petitioner in this matter.

**Wherefore**, the petitioner request that this court hold a hearing on his motion and order the state to do D.N.A. testing.

Respectfully Submitted

By

Thomas Marra #73281
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, ct. 06410

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 15th day of June 2004 by first class postage, pre-paid to:

Jo Anne Sulik
Assistant State's Attorney
Chief State's Attorney Office
300 Coporate Place
Rocky hill, Ct. 06067

By _____
Thomas Marra #73281
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct. 06410