UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 23 P 3: 42

U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS MARRA

    v.

REMI ACOSTA

PRISONER

Case No.  3:01CV368 (AWT)

<u>RULING ON PENDING MOTION</u>

    Pending before the court is the petitioner's motion for an order compelling the respondent to submit evidence from his state criminal case for DNA testing.  For reasons set forth below, the motion is being denied.

    In habeas matters, a party must seek leave to conduct discovery.  Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts provides that: "a party shall be entitled to invoke the processes of discovery available under the Federal Rules of Civil Procedure if, and to the extent that, the judge in the exercise of his discretion and for good cause shown grants leave to do so, but not otherwise."  The petitioner has not sought leave of court to conduct discovery in this matter.  To the extent that his motion could be construed as seeking leave, the request is being denied.

    Under a Connecticut law enacted in 2003, the petitioner may request DNA testing in the state sentencing court.  <u>See</u> Conn. Gen. Stat. § 54-102kk(a) ("any person who was convicted of a crime and sentenced to incarceration may, at any time during the

term of such incarceration, file a petition with the sentencing court requesting the DNA testing of any evidence that is in the possession or control of the Division of Criminal Justice, any law enforcement agency, any laboratory or the Superior Court"). The petitioner does not indicate why he has not filed such a motion in state court.

The court concludes that the petitioner has not demonstrated good cause for ordering the respondent to submit evidence in the petitioner's state criminal case for DNA testing. Accordingly, the petitioner's Motion for Order [**doc. # 27**] is hereby **DENIED**.

It is so ordered.

Dated at Hartford, Connecticut, this 23rd day of February 2005.

———————————————————
Alvin W. Thompson
United States District Judge